## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Joseph Stoyas

                                              Plaintiff,

v.                                                                     Case No.: 1:21–cv–06190
                                                                       Honorable Gary Feinerman

Board of Trustees of Northern Illinois University

                                              Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. [7], [8] (bg, )